1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE SHEET METAL )      NO.  C 09 4501 EDL
   WORKERS, et al.,                     )
12                                       )      ORDER TO CONTINUE CASE
                        Plaintiffs,      )      MANAGEMENT CONFERENCE
13                                       )
             vs.                         )
14                                       )
                                         )
15                                       )
   RAM MECHANICAL, INC., a California    )
16 corporation                           )
                                         )
17                      Defendant.       )
18 _____)

19          IT IS ORDERED that the Case Management Conference in this

20 case set for January 5, 2010 be continued to March 9, 2010 at 10:00

21 a.m. in Courtroom No. E, 15TH floor, San Francisco, CA

22 Dated:___Dec. 31, 2009_____          _Elizabeth D. Laporte_____
                                             Honorable Elizabeth D. Laporte
23

24

25

26

27

28

   ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE