```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br>　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>RAM MECHANICAL, INC., a California corporation <br><br>　　　　　　　Defendant. | NO.  C 09 4501 EDL <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　IT IS ORDERED that the Case Management Conference in this case set for March 9, 2010 be continued to May 4, 2010 at 10:00 a.m. in Courtroom No. E, 15TH floor, San Francisco, CA

Dated: March 3, 2010

_____
Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE